UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA BULLETTE,<br><br>           Plaintiff,<br><br>    v.<br><br>WARDEN,<br><br>           Defendant. | Case No.  1:21-cv-01519-HBK (PC)<br><br>CLERK TO CLOSE CASE BASED UPON PLAINTIFF'S VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)<br><br>(Doc. No.  13) |

On October 3, 2023, the Plaintiff filed a "Motion to Voluntarily Dismiss Without Prejudice." (Doc. No. 13, "Notice"). The "Motion" follows the Court's August 2, 2023, Screening Order. (Doc. No. 9). The "Motion" is signed and dated by Plaintiff on September 1, 2023, states "Plaintiff wishes to dismiss this action without prejudice under Fed. R. Civ. P. 41 so she may refile at a later date." (*Id*.). Because no defendant has been served and no answer nor motion for summary judgment has been filed, Plaintiff may voluntarily dismiss this action by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). Thus, the Court construes the "Motion" and a Notice under Federal Rule of Civil Procedure 41(a).

///

///

1     ACCORDINGLY:

2     The Clerk of Court is directed to vacate all deadlines and CLOSE this case to reflect Plaintiff's Notice of Voluntary Dismissal without prejudice consistent with Fed. R. Civ. P. 41(a)(1)(A)(i) and terminate Plaintiff's Motion (Doc. No. 13) from the docket.

Dated:   October 4, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE